BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the SEARCH of: | CASE NO. 5:14-SW-00040 JLT |
|---|---|
| 1140 W. Cecil Avenue, Delano, California 93215 | ORDER TO UNSEAL AFFIDAVIT AND SEARCH WARRANT |
| Union Bank, N.A. Safe Deposit Box for account #04017791254 at Union Bank, Branch 401, 1308 Main Street, Delano, California, 93215, maintained in the name of R.OROPEZA and A.OROPEZA | |
| 2011 Nissan Titan truck with California license plate number 28234B1 and Vehicle Identification Number ("VIN") 1N6AA0ED1BN305197 | |

IT IS HEREBY ORDERED that the Affidavit and Search Warrant be unsealed and made public record.

Dated: April 14, 2015

STANLEY A. BOONE
U.S. Magistrate Judge

2